## Exhibit A to the First Amended Complaint

**Location:** Randolph, MA  
**Total Works Infringed:** 42

**IP Address:** 24.218.120.247  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2B6D6BDF887AB89FBEC89CA81D077FDF2608816B<br>File Hash:<br>BAA4B14C618769C7571FBC2C44A3E7DA8E6C19A7E0C9765E1A70E2081357FFED | 02/04/2024 21:35:55 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 2 | Info Hash: 653BAC16B5DE59321DEA90063D659A0B076645E7<br>File Hash:<br>4E2B08A551A95AF7C921FD5FD0521C8C008499A61581358F55D621A29EACE16F | 01/29/2024 23:18:19 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 3 | Info Hash: 49B1E714ECB433FB14F09CBB58B830E090F11036<br>File Hash:<br>13C2FF60E42443918D56318DA0E5CECD3C20FD061099BCA95220F9FC68552052 | 01/28/2024 00:33:01 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 4 | Info Hash: D69C05485F7A1BF9C1263183FC7214D532B01045<br>File Hash:<br>8D71DC2A3421DEE1D2D5879BAB993995699C969BC9DF9C3863F68C3EFD937B31 | 01/19/2024 18:19:13 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 5 | Info Hash: 8AADC705C5592C19D88DEA0B3E796D98691AE376<br>File Hash:<br>7BD90E33652093082FE371039C1FE55EF14458E8A382609340ABDC06EDCF1AEC | 11/30/2023 04:13:41 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 6 | Info Hash: 326EEADB1F9E2D1D221820F0580DE9CC503D7A8B<br>File Hash:<br>8ABCFA3FB27EA2807B5408B0BADC4E38607F9AE19D5BFDEE54E0A7BBDEE5D9E7 | 11/23/2023 15:29:39 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 7 | Info Hash: F7C1E168200764195B1B1893785061AF2DF7D378<br>File Hash:<br>9EC245DE4597D54D5F1D71FE33D0F1A743982DDF20A3109F58C148BAC4695799 | 11/20/2023 20:21:08 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 8 | Info Hash: 5EED3B3DEF16CA631803909930C68B56DD43D213<br>File Hash:<br>02517498E82E87777B92857AF23449A0BDBDBA072B66684C0F599FEBBCECBB81 | 10/16/2023 21:06:32 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |
| 9 | Info Hash: 44A964EC991C488C55C5EE62EEC9EF27FC72C14A<br>File Hash:<br>4B6876B51EA5B21C6D58264CB4998CDA77E15E2295EEA7FBEF3B5BA644F1D0BA | 10/12/2023 20:33:22 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 10 | Info Hash: 53D8A8943FDDC6346BA6B484909BD306376B2DF8<br>File Hash:<br>83076AD3E5ECF8A50E0BF88D999B722CA4A28F1F202C28F0C2C6425C28C2F8DB | 09/27/2023 17:23:28 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 11 | Info Hash: C8E7F48E6F80159138C273C3EB265250796617C2<br>File Hash:<br>C8257B86529E2D06F7263166BADBA6A984C4B606373FD3DD2201F0F47E9C1630 | 09/18/2023 16:55:21 | Tushy | 09/17/2023 | 10/18/2023 | PA0002435347 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FFD07679E746E565C00A324B433A1E8342F03D6C<br>File Hash: 6B33A6BAA11A2A43D7FF70FA1A0FE76A8B768F3A00BCE22556883D67557D5F00 | 09/17/2023 16:32:21 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 13 | Info Hash: F2EF8F6DF28739E41BC9F19367D4B6DF80439F52<br>File Hash: CA3B9FD1CF6ADBE6818DB2ED6722CB84CFCE1AFD6B3F4D2CDA36EF65A575B172 | 07/31/2023 21:38:31 | TushyRaw | 07/26/2023 | 08/17/2023 | PA0002425530 |
| 14 | Info Hash: D84B8AD4FECC5FB09D514EDCE8F2BC8E44128848<br>File Hash: 2007D9FB4C4AFE6C7A0899B817CEDD8DB57535BD9DD1C0878B74A88065BD30FC | 07/04/2023 04:16:55 | Blacked Raw | 07/03/2023 | 07/13/2023 | PA0002420355 |
| 15 | Info Hash: 6C843BFB1BF4D0C7F9F2DC9AAEB4A75717C60A9B<br>File Hash: 7DE36A3DA7DAB9935FF122A18B4B2111D9A57A1767B135CFE20474E0FC0DF0CD | 06/27/2023 01:45:21 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 16 | Info Hash: EBD1A0130D2765D9E82035ADAE93D5D368809327<br>File Hash: A40D67C01EAE47E591E4BBB126E37E86EF5EE0259A586B7D47C6C09EAC6441CF | 06/25/2023 23:01:43 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 17 | Info Hash: E30B7BBAA219A9D93DF89F0B34AB614A1FEB5F5D<br>File Hash: 9BC967C33CE6CD0A863C6EA4E45116AD1B7F7A5BDBD8F440AF09A9DCAFCA994F | 06/18/2023 21:39:36 | Vixen | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 18 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05/26/2023 01:29:23 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 19 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/24/2023 22:56:57 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 20 | Info Hash: B232F6C7054DB73F98230AB71EB6F8400C033F12<br>File Hash: 0AD2FAA4067988D387E1CBB4B6D83B23EDA576C75318C127D1912B3CD66A2CBE | 05/10/2023 01:03:10 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 21 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash: 8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05/07/2023 19:24:12 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 22 | Info Hash: FE46517AF77D36BF1EAB4D1293DCA4A3C2E3CB75<br>File Hash: E5A081848FDAB194B6A7822E2AD57DF663C019BBFC31BF6249DFF673DF724A70 | 05/04/2023 23:05:37 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 23 | Info Hash: C178360E9001864577D735A72C3488992E2E9773<br>File Hash: 178C86A26226706FB67AF6F3BA178181A886B54655CA2C0F673A8F93F1AF7427 | 04/12/2023 06:01:29 | Slayed | 03/22/2022 | 04/21/2022 | PA0002353052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C53946C97B226C06BE28B29962D81DD4311C318A<br>File Hash:<br>84D3DDD0B642C99A94135BF2A3015E727FA42FDAA94E68297E2A6E8363B51464 | 03/01/2023<br>22:22:14 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 25 | Info Hash: EF594B74C2AABCDECD370925D345C24AF632DDF3<br>File Hash:<br>F627E6763002FE8DFDC5D97D64B436BF155E8DF3437FC7ED728D3B1FD9F02181 | 02/27/2023<br>22:10:49 | Vixen | 02/24/2023 | 03/07/2023 | PA0002400307 |
| 26 | Info Hash: 4DB9AE8D8C7C51D3483FE9E01776FE8F4299873B<br>File Hash:<br>C591E9E4D21902476B545122B38E42AFB863EC33540CE3BF9FBC41BE59E2B061 | 01/18/2023<br>00:08:18 | Tushy | 01/15/2023 | 01/27/2023 | PA0002393083 |
| 27 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01/10/2023<br>00:33:04 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 28 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash:<br>12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12/21/2022<br>20:14:53 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 29 | Info Hash: 0AA405BBE1DFC4939BEAA47EE519C7BD8B66C6AA<br>File Hash:<br>7F2515AE6CD73C028A6AC6CF4F7C58DED65A7759078C3B0CCDA534A01CA6D69F | 12/02/2022<br>00:35:30 | Slayed | 05/31/2022 | 06/09/2022 | PA0002361663 |
| 30 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash:<br>DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11/23/2022<br>14:47:14 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 31 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash:<br>DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11/23/2022<br>00:46:12 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 32 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash:<br>62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11/13/2022<br>16:42:26 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 33 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11/03/2022<br>02:03:45 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 34 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash:<br>5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09/26/2022<br>16:27:29 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |
| 35 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash:<br>00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09/10/2022<br>01:17:24 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08/03/2022 00:22:44 | Tushy | 07/31/2022 | 08/30/2022 | PA0002367738 |
| 37 | Info Hash: 0F4CEEDB8F6D27D7BFE969C594FE95F2BEED79B1<br>File Hash: 45EF60C61C818F4C41D4026EECBB5D2C42B4E3351E52714FE05EA5CEA09F96C9 | 05/31/2022 15:07:15 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 38 | Info Hash: 3FD96EBAB156AB06D2F9D8793A1D2C1C629E602B<br>File Hash: E5C8FAADE01BBBF1AC7CC76DD6E7E6CC5A17EF7628A0C5CDB1C4D6BB3CA3C7CA | 05/29/2022 17:49:43 | Vixen | 05/27/2022 | 06/27/2022 | PA0002355035 |
| 39 | Info Hash: 74E22C2FD606B6E593BD8C90257B40B540776D76<br>File Hash: 6FFAA7249ACDA31BFF1FFB2CBBD43580A3ADEAF3A512C23138296FABBC47ABF9 | 04/15/2022 07:14:43 | Slayed | 11/11/2021 | 12/03/2021 | PA0002333373 |
| 40 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 12/01/2021 04:35:28 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 41 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11/03/2021 23:56:12 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 42 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10/02/2021 16:55:07 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |